IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199) c/o GEM Group 650 Naamans Road, Suite 303 Claymont, DE 19703 | CIVIL ACTION NO. 07-CV-181 (***) |

and

LABORERS'-EMPLOYERS' COOPERATIVE
EDUCATION TRUST FUNDS
c/o Delaware Contractors Association
P.O. Box 6520
Wilmington, DE 19804
        and

LABORERS INTERNATIONAL UNION OF
NORTH AMERICA, LOCAL NO. 199 AFL-CIO
532 South Claymont Street
Wilmington, DE 19801

                    Plaintiffs

        v.

MADISON INDUSTRIAL SERVICES
TEAM, LTD.
2221 Sens Road
Laporte, Texas 77571

                    Defendant

**NOTICE OF DISMISSAL**

Laborers Local 199, et. al., hereby dismisses this action with prejudice in accordance with Rule 41 of the Federal Rules for Civil Procedure.

Date: June 21, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

_____
Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Jonathan Walters, Esquire
MARKOWITZ & RICHMAN
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs

SO ORDERED this _____ day of _____, 2007.

_____
United States District Judge