### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| LABORERS WELFARE FUND OF DELAWARE LOCAL NO. 199, LABORERS OF DELAWARE LOCAL UNION NO. 199 PENSION PLAN, LOCAL 199 LABORERS INTERNATIONAL UNION OF NORTH AMERICA ANNUITY PLAN, LABORERS LOCAL 199 TRAINING AND APPRENTICESHIP FUND and LABORERS LOCAL 199 VACATION FUND (administered through the Laborers Welfare Fund of Delaware Local 199)<br>c/o GEM Group<br>650 Naamans Road, Suite 303<br>Claymont, DE 19703<br><br>and<br><br>LABORERS'-EMPLOYERS' COOPERATIVE EDUCATION TRUST FUNDS<br>c/o Delaware Contractors Association<br>P.O. Box 6520<br>Wilmington, DE 19804<br>and<br><br>LABORERS INTERNATIONAL UNION OF NORTH AMERICA, LOCAL NO. 199 AFL-CIO<br>532 South Claymont Street<br>Wilmington, DE 19801<br><br>Plaintiffs<br><br>v.<br><br>MADISON INDUSTRIAL SERVICES TEAM, LTD.<br>2221 Sens Road<br>Laporte, Texas 77571<br><br>Defendant | CIVIL ACTION<br><br>NO. 07-CV-181 (***)<br><br>FILED JUN 2 5 2007 U.S. DISTRICT COURT DISTRICT OF DELAWARE |

### NOTICE OF DISMISSAL

Laborers Local 199, et. al., hereby dismisses this action with prejudice in accordance with Rule 41 of the Federal Rules for Civil Procedure.

Date: June 21, 2007

YOUNG CONAWAY STARGATT & TAYLOR, LLP

Timothy J. Snyder (No. 2408)
The Brandywine Building
1000 West Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 571-6645
Telefax: (302) 576-3336
Email: tsnyder@ycst.com

Of Counsel:

Jonathan Walters, Esquire
MARKOWITZ & RICHMAN
121 S. Broad Street, Suite 1100
Philadelphia, PA 19107
Telephone: (215) 875-3121
Telefax: (215) 790-0668
Email: jwalters@markowitzandrichman.com

Attorneys for Plaintiffs

SO ORDERED this 25 day of June, 2007.

United States District Judge

DB02:6059182.1                                           007442.1028